IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**MILTON TUTWILER,**   **PLAINTIFF,**

**VS.**   **CIVIL ACTION NO 2:05CV195-P-A**
  **(Lead Case)**

**THE PROGRESSIVE CORPORATION,**
**PROGRESSIVE CASUALTY INSURANCE**
**COMPANY, JOHN DOE CORPORATIONS,**
**BILLY MCCOY, GARLAND MASON, AND**
**TAMMY KING,**   **DEFENDANTS.**

**CONSOLIDATED WITH**

**MILTON TUTWILER,**   **PLAINTIFF,**

**VS.**   **CIVIL ACTION NO. 2:05CV196-P-A**

**PROGRESSIVE GULF INSURANCE**
**COMPANY, PROGRESSIVE CASUALTY**
**INSURANCE COMPANY, PROGRESSIVE**
**PREFERRED INSURANCE COMPANY,**
**PROGRESSIVE SPECIALITY INSURANCE**
**COMPANY, JOE DOE CORPORATIONS,**
**TAMMY KING, Individually, JACK KING**
**AND TAMMY KING, As the Natural Parents**
**& Guardians of TAMARA KING, BILLY**
**MCCOY, AND GARLAND MASON,**   **DEFENDANTS.**

**ORDER**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND**

**ADJUDGED** that:

(1) Plaintiff's Motion to Remand [12-1] filed in Cause Number 2:05CV196 is **DENIED**;

accordingly,

(2) Cause Number 2:05CV196 is **DISMISSED WITHOUT PREJUDICE**;

1

(3) Plaintiff's Motion to Remand [13-1] filed in Cause Number 2:05CV195 is **GRANTED**; therefore,

(4) Cause Number 2:05CV195 is hereby **REMANDED** to the Circuit Court of Bolivar County, Mississippi, Second Judicial District; and

(5) This matter before this court is **CLOSED**.

**SO ORDERED** this the 28th day of June, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE